IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KATHY MCCATHIE, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-300 |
| v. | |
| JOHNSON & JOHNSON; and JOHNSON & JOHNSON CONSUMER, INC., | |
| Defendants. | |

**O R D E R**

Plaintiff filed her Complaint initiating this action in the State Court of Chatham County, Georgia, on November 3, 2022.  (Doc. 1-1.)  Defendants removed the case to this Court, (doc. 1), and, in lieu of filing an answer, filed a Motion to Dismiss, (doc. 4).  Plaintiff thereafter filed an Amended Complaint, (doc. 17), and Defendants again filed a Motion to Dismiss in lieu of filing an answer, (doc. 18).  Since then, Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice.  (Doc. 19.)  As Defendants have not filed an answer or a motion for summary judgment, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court **GRANTS** the dismissal of the case, (id.), and **DIRECTS** the Clerk of Court to **DISMISS** this case **WITHOUT PREJUDICE**, to **TERMINATE** all pending motions, (docs. 18, 19), and to **CLOSE** this case.

**SO ORDERED**, this 9th day of June, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA